NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-15-0000315
28-SEP-2015
09:41 AM

NO. CAAP-15-0000315

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

MICHAEL C. GREENSPON, Plaintiff-Appellant,
v.
ONEWEST BANK N.A.; DAVID B. ROSEN, ESQ.;
THE LAW OFFICE OF DAVID B. ROSEN, ALC, Defendants-Appellees,
and
DOES 1-10, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 14-1-0379(1))

ORDER DENYING SEPTEMBER 8, 2015 HRAP RULE 40
MOTION FOR RECONSIDERATION OF AUGUST 26, 2015
ORDER GRANTING JUNE 12, 2015 MOTION TO DISMISS APPELLATE COURT
CASE NUMBER CAAP-15-0000315 FOR LACK OF APPELLATE JURISDICTION
(By: Nakamura, Chief Judge, Fujise and Reifurth, JJ.)

Upon review of (1) the August 26, 2015 order granting

Defendants-Appellees Onewest Bank, N.A., David B. Rosen, Esq.,

and the Law Office of David B. Rosen, ALC's (the Appellees),

June 12, 2015 motion to dismiss appellate court case number CAAP-

15-0000315 for lack of appellate jurisdiction, (2) Plaintiff-

Appellant Michael C. Greenspon's (Appellant Greenspon)

September 8, 2015 motion to reconsider the August 26, 2015 order pursuant to Rule 40 of the Hawai'i Rules of Appellate Procedure (HRAP), and (3) the record,

IT IS HEREBY ORDERED that Appellant Greenspon's September 8, 2015 HRAP Rule 40 motion for reconsideration is denied.

DATED: Honolulu, Hawai'i, September 28, 2015.

Chief Judge

Associate Judge

Associate Judge

-2-